UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Rex J. Roldan, Esquire (RR7961)
Washington Professional Campus
900 Route 168, Suite I-4
Turnersville, New Jersey 08012
(856) 232-1425   Fax (856) 232-1025
Attorney for Debtors

Order Filed on December 27, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| In Re: | Case No.: 18-20667 (JNP) |
| MICHAEL J. CAMILLI and ANNEMARIE T. CAMILLI | Hearing Date: December 27, 2018 |
| | Chapter 13 |
| | Judge: Jerrold N. Poslusny, Jr. |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: December 27, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**

After review of the Debtor's motion for authorization to sell the real property commonly known as 117 Fernshire Court, Wenonah, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtors' attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

5. The amount of **$1,780.00** claimed as exempt may be paid to the Debtor.

6. The balance of proceeds must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Title shall be conveyed by both Debtors and Trustee.

10. The aforesaid motion or application is conditionally approved so long as Wells Fargo Bank, N.A. is paid in full out of the proceeds of the sale, pursuant to a valid payoff, requested by Debtors and provided by the Secured Creditor prior to the closing date.

11. Wells Fargo Bank, N.A. shall receive the full payoff, as determined by a current payoff statement, within 48 hours of closing and that the Payoff Statement cannot be expired at the time of the closing.

12. Any proposed short sale is first approved by Respondent and if such sale will be taking place after the imposed deadline as outlined by Secured Creditor, a new approval will be required prior to the sale.

**Page 3**

13.	The successful party shall serve this order on the debtor, any trustee and all parties who entered an appearance on this matter.

United States Bankruptcy Court
District of New Jersey

In re:  
Michael J. Camilli  
Annemarie T. Camilli  
    Debtors

Case No. 18-20667-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Dec 27, 2018  
                          Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2018.  
db/jdb        +Michael J. Camilli,    Annemarie T. Camilli,    377 Haverford Avenue,    Wenonah, NJ 08090-1319

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2018                                                  Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2018 at the address(es) listed below:

        Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
        Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com  
        Kevin Gordon McDonald     on behalf of Creditor    E*Trade Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Nicholas V. Rogers     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
        Rex J. Roldan     on behalf of Debtor Michael J. Camilli roldanlaw@comcast.net, r43760@notify.bestcase.com  
        Rex J. Roldan     on behalf of Joint Debtor Annemarie T. Camilli roldanlaw@comcast.net, r43760@notify.bestcase.com  
        Sherri Jennifer Smith     on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
        U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

                                                                                                    TOTAL: 9