| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Michael J. Camilli<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2277<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Annemarie T. Camilli<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4602<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–20667–JNP | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael J. Camilli                                    Annemarie T. Camilli

9/12/23                                                **By the court:** Jerrold N. Poslusny Jr.
                                                                         United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                       Case No. 18-20667-JNP
Michael J. Camilli                                                                                  Chapter 13
Annemarie T. Camilli
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                               User: admin                                      Page 1 of 3
Date Rcvd: Sep 12, 2023                       Form ID: 3180W                               Total Noticed: 50

The following symbols are used throughout this certificate:
**Symbol       Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael J. Camilli, Annemarie T. Camilli, 377 Haverford Avenue, Wenonah, NJ 08090-1319 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 517553990 | + | Deptford Township Tax Collector, 1011 Cooper Street, Deptford, NJ 08096-3076 |
| 517940127 | + | ETrade Bank, Kevin G. McDonald, Esquire, 216 Haddon Avenue, Ste. 406, Westmont, NJ 08108-2812 |
| 517553991 | + | Emerg Phy Assoc of S.Jersey, PC, 2620 Ridgewood Rd Ste 300, Akron, OH 44313-3527 |
| 517556427 | + | John & Kathy Powers, 117 Fernshire Court, Wenonah, NJ 08090-2035 |
| 517553995 | | Kennedy Health System, PO Box 48023, Newark, NJ 07101-4823 |
| 517553998 | + | National Collegiate Student Loan Trust, 300 Delaware Avenue, 9th Floor, Wilmington, DE 19801-1607 |
| 517553999 | + | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 517554004 | | South Jersey Radiology Associates, PO Box 1710, Voorhees, NJ 08043-7710 |
| 517554006 | + | Steve's Storage Shacks, 318 Glassboro Road, Woodbury Heights, NJ 08097-1009 |
| 517554012 | ++ | WEST JERSEY ANESTHESIA ASSOCIATES PA, 1000 WHITE HORSE ROAD SUITE 204, VOORHEES NJ 08043-4408 address filed with court:, West Jersey Anesthesia Associates, PA, 102E Centre Blvd, Marlton, NJ 08053-4129 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 12 2023 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 12 2023 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517553982 | | Email/Text: bncnotifications@pheaa.org | Sep 12 2023 20:37:00 | American Education Services, PO Box 2461, Harrisburg, PA 17105-2461 |
| 517553984 | + | Email/Text: amanda@cascollects.com | Sep 12 2023 20:38:00 | Capital Collection Service, PO Box 150, West Berlin, NJ 08091-0150 |
| 517553985 | | EDI: CAPITALONE.COM | Sep 13 2023 00:23:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 517644089 | | EDI: CAPITALONE.COM | Sep 13 2023 00:23:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517553986 | + | Email/Text: bankruptcy@cavps.com | Sep 12 2023 20:38:00 | Cavalry Portfolio Services, LLC, 500 Summit Lake Dr, Valhalla, NY 10595-2321 |
| 517563117 | + | Email/Text: bankruptcy@cavps.com | Sep 12 2023 20:38:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517679570 | + | EDI: CITICORP.COM | Sep 13 2023 00:23:00 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 517553987 | | EDI: WFNNB.COM | Sep 13 2023 00:23:00 | Comenity Bank, Bankruptcy Department, PO Box |

Case 18-20667-JNP   Doc 51   Filed 09/14/23   Entered 09/15/23 00:13:19   Desc Imaged
                    Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 3180W | Total Noticed: 50 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 182125, Columbus, OH 43218-2125 |
| 517553988 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 12 2023 20:46:32 | CreditOne Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 517553989 | | Email/PDF: DellBKNotifications@resurgent.com | Sep 12 2023 20:48:04 | Dell Financial Services, C/O DFS Customer Care Dept, PO Box 81577, Austin, TX 78708-1577 |
| 517663755 | | Email/Text: BNCnotices@dcmservices.com | Sep 12 2023 20:37:00 | Emergency Physician Associate of South Jersey, PC, PO Box 1123, Minneapolis MN 55440-1123 |
| 517553992 | ^ | MEBN | Sep 12 2023 20:28:46 | Financial Recoveries, PO Box 1388, Mount Laurel, NJ 08054-7388 |
| 517553993 | ^ | MEBN | Sep 12 2023 20:28:32 | HRRG, PO Box 459080, Fort Lauderdale, FL 33345-9080 |
| 517553994 | | EDI: IRS.COM | Sep 13 2023 00:23:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 517653000 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 12 2023 20:47:16 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517553996 | ^ | MEBN | Sep 12 2023 20:28:57 | Merrick Bank, PO Box 9211, Old Bethpage, NY 11804-9011 |
| 517553997 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2023 20:38:00 | Midland Credit Management, Inc., 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 517652589 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 12 2023 20:38:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517590520 | + | Email/Text: TSIBNCBOX4275@tsico.com | Sep 12 2023 20:37:00 | National Collegiate Student Loan Trust 2007-1, Po Box 4275, Norcross, GA 30091-4275 |
| 517590522 | + | Email/Text: TSIBNCBOX4275@tsico.com | Sep 12 2023 20:37:00 | National Collegiate Student Loan Trust 2007-2, Po Box 4275, Norcross, GA 30091-4275 |
| 517553999 | ^ | MEBN | Sep 12 2023 20:29:06 | National Enterprise Systems, 29125 Solon Road, Solon, OH 44139-3442 |
| 517554000 | + | EDI: NAVIENTFKASMSERV.COM | Sep 13 2023 00:23:00 | Navient, PO Box 9500, Wilkes Barre, PA 18773-9500 |
| 517681718 | | EDI: MAXMSAIDV | Sep 13 2023 00:23:00 | Navient Solutions, LLC on behalf of, Department of Education Loan Services, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 517601296 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Sep 12 2023 20:36:00 | Navient Solutions, LLC. on behalf of, United Student Aid Funds, Inc., GLHEC and Affiliates, PO BOX 8961, Madison, WI 53708-8961 |
| 517554001 | + | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 20:48:13 | PYOD, LLC, 625 Pilot Road, Suite 5, Las Vegas, NV 89119-4485 |
| 517666602 | | EDI: Q3G.COM | Sep 13 2023 00:23:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 517554002 | | Email/Text: clientservices@remexinc.com | Sep 12 2023 20:37:00 | Remex, Inc., 307 Wall St, Princeton, NJ 08540-1515 |
| 517553983 | | EDI: AGFINANCE.COM | Sep 13 2023 00:23:00 | American General Finance, 600 N Royal Ave, Evansville, IN 47715-2612 |
| 517554003 | + | EDI: CITICORP.COM | Sep 13 2023 00:23:00 | Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 517554005 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 12 2023 20:37:00 | Specialized Loan Servicing, 8742 Lucent Blvd Ste 300, Littleton, CO 80129-2386 |
| 517554007 | | EDI: RMSC.COM | Sep 13 2023 00:23:00 | Synchrony Bank, ATTN: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 517554030 | + | EDI: RMSC.COM | Sep 13 2023 00:23:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA |

Case 18-20667-JNP    Doc 51    Filed 09/14/23    Entered 09/15/23 00:13:19    Desc Imaged
Certificate of Notice    Page 5 of 5

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 12, 2023 | Form ID: 3180W | Total Noticed: 50 |

| | | | | |
|---|---|---|---|---|
| 517554008 | + | EDI: TCISOLUTIONS.COM | Sep 13 2023 00:23:00 | 23541-1021<br>Total Card, Inc., 5109 S Broadband Lane, Sioux Falls, SD 57108-2208 |
| 517554009 | | Email/Text: EDBKNotices@ecmc.org | Sep 12 2023 20:36:00 | US Department of Education, Direct Loan Servicing Center, PO Box 5609, Greenville, TX 75403-5609 |
| 517554010 | | EDI: BLUESTEM | Sep 13 2023 00:23:00 | Webbank, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517594633 | + | EDI: WFFC2 | Sep 13 2023 00:23:00 | Wells Fargo Bank, N.A., Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-1663 |
| 517554011 | | EDI: WFFC2 | Sep 13 2023 00:23:00 | Wells Fargo Home Mortgage, PO Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 39

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023              Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Jennifer R. Gorchow | on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor E*Trade Bank kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Rex J. Roldan | on behalf of Debtor Michael J. Camilli roldanlaw@comcast.net roldanlaw1@gmail.com |
| Rex J. Roldan | on behalf of Joint Debtor Annemarie T. Camilli roldanlaw@comcast.net roldanlaw1@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7